**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **RWC Group, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Kalashnikov USA** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-0603190** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3901 NE 12th Ave, #400** <br> **Pompano Beach, FL 33064** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://kalashnikov-usa.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **RWC Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

| Debtor | **RWC Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**        .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **RWC Group, LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **RWC Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2024**
               MM / DD / YYYY

**X** **/s/ Michael Tiraturian**                    **Michael Tiraturian**
Signature of authorized representative of debtor    Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**           Date    **May  6, 2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone    **561 443 0800**    Email address    **bss@slp.law**

**121622 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **RWC Group, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  6, 2024**          X *Michael Tiraturian (May 6, 2024 10:46 PDT)*
                                          Signature of individual signing on behalf of debtor

                                          **Michael Tiraturian**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **RWC Group, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3DEO 24225 Garnier St. Torrance, CA 90505 | | | | | | $137,486.54 |
| ACI Industries, LLC (Saukville) N30 W22377 Green Rd, Suite A Waukesha, WI 53186, WI 53186 | | | | | | $124,363.60 |
| Armsan Shooting Authority Dudullu OSB 1. Cadde No:32 Umraniye, ISTANBUL 34776 | | | | | | $171,380.00 |
| Bottom Line Concepts 3323 NE 163rd Street Suite 302 North Miami Beach, FL 33160 | | | | | | $133,027.49 |
| CMC Triggers 5597 Oak Street Fort Worth, TX 76140 | | | | | | $73,100.00 |
| Connecticut Spring & Stamping Corp 48 Spring Lane Farmington, CT 06032 | | | | | | $245,481.12 |
| Creed Monarch Inc. 1 Pucci Park New Britain, CT 06051 | | | | | | $239,234.82 |

| Debtor | **RWC Group, LLC** | | Case number *(if known)* | | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Federal Express PO Box 660481 Dallas, TX 75266-0481** | | | | | | $174,327.53 |
| **Golden Aim 900 N. FEDERAL HWY #304 Hallandale, FL 33009** | | | | | | $312,232.00 |
| **GP of Florida 150 Sunny Isles Blvd TH303 Sunny Isles Beach, FL 33160** | | | | | | $75,000.00 |
| **Green Mountain Rifle Barrel Co. PO Box 2670 Conway, NH, NH 03818** | | | | | | $67,825.84 |
| **Indo-US MIM Tec Pvt Ltd. Indo-MIM Tec Pvt Ltd. #45 (p) KIADB Industrial Area Hosakote 562114** | | | | | | $857,029.66 |
| **Lynar Corporation 6837 Patterson Court Allentown, PA 18106** | | | | | | $143,398.96 |
| **Morrissey, Inc 9304 Bryant Ave South Bloomington, MN 55420** | | | | | | $92,995.48 |
| **Oldenburg Metal Tech, Inc. 775 N. Progress Drive Saukville, WI 53080** | | | | | | $191,247.00 |
| **Oxford Commercial Finance c/o Thomas E. Coughlin, Esq. Taft Stettinius & Hollister LLP 27777 Franklin Rd, Ste 2500 Southfield, MI 48034** | | | | $1,800,000.00 | $0.00 | $1,800,000.00 |

Debtor    **RWC Group, LLC**                                                  Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prudent American 781 Enterprise Dr. Lexington, KY 40510-1031** | | | | | | **$67,889.10** |
| **Signicast Drawer 825 Milwaukee, WI 53278-0825** | | | | | | **$135,311.32** |
| **The Evans Group PO Box 3670 Knoxville, TN 37927** | | | | | | **$190,769.23** |
| **TTB Excise Tax P.O. Box 979055 St Louis, MO 63197-9000** | | | | | | **$1,554,358.52** |

# United States Bankruptcy Court
## Southern District of Florida

In re    **RWC Group, LLC**
_____    Case No. _____
                                    Debtor(s)        Chapter    **11**
                                                     _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May  6, 2024**                    **/s/ Michael Tiraturian**
_____    _____
                                    **Michael Tiraturian/Manager**
                                    Signer/Title

```
3DEO
24225 Garnier St.
Torrance, CA 90505


5.11 Tactical
62789 Collection Center Dr
Chicago, IL 60693, IL 60693


A3 Tactical Inc
415 East Knights Griffin Road
Plant City, FL 33565


AA Advanced Air Inc
1920 NW 32nd Street
Pompano Beach, FL 33064


Accord Manfacturing Inc.
N30 W22377 Green Rd, Suite A
Waukesha, WI 53186


ACD Cargo Inc
International Freight Forwarders
P. O. Box 52-0793
Miami, FL 33152


ACI Industries, LLC (Saukville)
N30 W22377 Green Rd, Suite A
Waukesha, WI 53186, WI 53186


Advanced Forming Technology
Hungray Kft
Ipari park 5, 2651 Retsag (Hungary)


Air Quest Enviromental
6851 S.W. 45th St.
Ft. Lauderdale, FL 33314


Airsoft Megastore
Bohan Dong
12140 Altmar Place
Santa Fe Springs, CA 90670
```

Akhammr
Jordan Spahar
8898 Navajo Rd
Suite C347
San Deigo, CA 92119


Allstate Benefits
P.O. Box 650514
Dallas, TX 75265-0514


Alpha Grainger Manufacturing
20 Discovery Way
Franklin, MA 02038


Alternatives for Industry Inc
PO Box 1087
Tallevast, FL 34270


American Public Life Insurance
Dept. 1613
P. O. Box 11407
Birmingham, AL 35246-1613


Andersen Material Handling
30575 Andersen Ct.
Wixom, MI 48393-1015


Armsan Shooting Authority
Dudullu OSB 1. Cadde No:32
Umraniye, ISTANBUL 34776


ARMSCO
55 Bradock Dr
Des Plaines, IL 60018


Ashcroft Law Firm
1100 Main Street
Suite 2710
Kansas City, MO 64105


Associated Machine Co., Inc.
Associated Machine Co.
6540 N.W. 35th Ave.
Miami, FL 33147

Assurehire, Inc
2206 Plaza Drive Suite 100
Rocklin
Canada 95765


Attero Arms
8235 N Kerby Ave
Portland, OR 97217


BassUnited Fire & Security Systems, Inc
3000 Gateway Drive
Pompano Beach, FL 33069


Begoun Inc
655 W. Grand Ave., Unit 200
Elmhurst, IL 60126


Bewin Craft Industrial Co, LTD
Jonny Dai
No. 38, Gongle 3rd Road, Dongsheng
Zhongshan 528414 China


Blue Force Gear Inc.
166 Pine Barren Road
Pooler, GA 31322


Bottom Line Concepts
3323 NE 163rd Street
Suite 302
North Miami Beach, FL 33160


Braddock Metallurgical, Inc
400 Fentress Blvd
Daytona Beach, FL 32114


Brownells
3006 Brownells Parkway
Grinnell, IA 50112


Caliber Plating and Coatings
288 Clearlake Rd
Cocoa, FL 32922

Cintas
PO Box 631025
Cincinnati, OH 45263-1025

Clearshot Manufacturing, LLC
W185 N11521
Germantown, WI 53022

CMC Triggers
5597 Oak Street
Fort Worth, TX 76140

Coastal Waste & Recycling Inc
PO BOX 25756
Miami, FL 33102-5756

Command Pest Control
2195 N. Andrews Ave #11
Pompano Beach, FL 33069

Connecticut Spring & Stamping Corp
48 Spring Lane
Farmington, CT 06032

Cook Spring Company Inc
Sarasota Trade Center
233 Sarasota Center Blvd
Sarasota, FL 34240

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Craftech Computer Solutions
34 State Road
Media, PA 19063

Creed Monarch Inc.
1 Pucci Park
New Britain, CT 06051

DDP Specialty Electronic Materials
P. O. Box 734085
Chicago, IL 60673-4085

Dependable Spring Co
20715 Sw Olds Place Suite
Sherwood, OR 97140

DLG Tactical
KOSB 5 Sk. No:6
Selcuklu/Konya/Turkiye 42280
TURKEY

DRG Manufactiring
551 Telser Road
Lake Zurich, IL 60084

E-Sector Machining Fabrication
611 Trestle Point
Sanford, FL 32771

Echo93
14827 Preston Road
Suite 304
Dallas, TX 75254

Edge Group Chicago, LLC
37W756 Woodgate Lane
Saint Charles, IL 60175

EGM Manufacturing Corp.
10301 NW 50th Street
Suite 102
Sunrise, FL 33351

Enrange
3738 NW 81st St.
Miami, FL 33147

FDOT
P.O Box 31241
Tampa, FL 33631-3241

Federal Express
PO Box 660481
Dallas, TX 75266-0481

FedEx Freight
DEPT CH
PO BOX 10306
Palatine, IL 60055-0306


Flambeau
15981 Vaplast Street
Middlefield, OH 44062


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0125


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Fostech LLC
320 Myers Street
Seymour, IN 47274


FPL
General Mail Facility
Miami, FL 33188-0001


Freeman
PO Box 734596
Dallas, TX 75373-4596


Gage Tool and Mfg. Inc.
1025 Pauly Drive
Elk Grove, IL 60007


Golden Aim
900 N. FEDERAL HWY
#304
Hallandale, FL 33009


Gorecha Metal Tech
Gondal Road O/S Octroy Post, Nr. Glotech
Kotharia, KO 360004
HUNGARY

Gosiger Machine Tools, LLC
PO Box 712288
Cincinnati, OH 45271


GP of Florida
150 Sunny Isles Blvd
TH303
Sunny Isles Beach, FL 33160


GP Tools
1900 Heyrend Way
Idaho Falls, Idaho 83402, ID 83402


Grace Engineering Corporation
34775 Potter Street
Memphis, MI 48041, MI 48041


Grainger
PO BOX 419267
886477106
Kansas City, MO 64141


Green Mountain Rifle Barrel Co.
PO Box 2670
Conway, NH, NH 03818


GunBroker.com
P. O. Box 2511
Kennesaw, GA 30156, GA 30156


Gunster Yoakley & Stewart
777 South Flagler Dr
Suite 500 East Tower
West Palm  Beach, FL 33401


Herrett's Stocks, Inc.& Tech Woods USA
1300 Kimberly Road Ste. 27
Twin Falls, ID 83301


Hogue Inc.
P.O BOX 91360
Henderson, NV 89009

Honor Capital
E.T.I. Finaicial Corporation
PO Box 829522
Pembroke Pines, FL 33082-9522


Hornady Mfg Co.
Katie Glover
3625 West Old Potash Hwy
Grand Island, NE 68803


HR Direct
P. O. Box 669390
Pompano Beach, FL 33066-9390


Indo-US MIM Tec Pvt Ltd.
Indo-MIM Tec Pvt Ltd.
#45 (p) KIADB Industrial Area
Hosakote 562114


INforce Emissive Energy Corp
Stephen Giblin
135 Circuit Drive
North Kingstown, RI 02852


Insightly Inc
PO Box 102638
Pasadena, CA 91189


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


J & E Electric
N2668 County Road EE
Neosho, WI 53059


JM Global
1505 Ponsettia Drive # 5
Delray Beach, FL 33444

JMAC-Customs
521 Laurel Creek Road
Princeton, WV 24739


Kaufman Rossin
3310 Mary Street Suite 501
Miami, FL 33133


Kaysa Enterprises LLC
10930 Wye Dr #105
San Antonio, TX 78217


KCI US
180 Cassia Way
Suite 510
Henderson, NV 89014


KN Machine & Tool Inc.
3125 Jupiter Park Circle
#4
Jupiter, FL 33458


Krebs Custom Vendor
1000 Rand Road
Unit 106
Wauconda, IL 60084


KTT INTL
12140 Altamar Place
Santa Fe Springs, CA 90670


LBMX
400 - 148 Fullarton Street
London Ontario, 86297 5612 N6A 5P3
Canada


Lynar Corporation
6837 Patterson Court
Allentown, PA 18106


MagLatch USA
5760 Thornwood Dr
Goleta, CA 93117

Magna-Matic
W4599 County Road IW
Waldo, WI 53093

Maniva Engineering
15919 NW 49 Avenue
Miami Gardens, FL 33014

Master Tool Inc.
6115 NW 153rd Street
Miami, FL 33014

Max Georgeson
509 Horn Stree
Crowly, TX 76036

McKinsey Steel
Larissa Cuevas
817 NW 5th Ave
Fort Lauderdale, FL 33311

McMaster-Carr
PO Boc 7690
Chicago, IL 60680-7690

Miami Industrial 1, LLC
Landlord Legal P.A.
2455 Hollywood Blvd, Suite 309
Hollywood, FL 33020

Milwaukee Precision Casting Inc.
3400 South Nevada Street
Milwaukee, WI 53207

MIM Components (Bangalore)
Plot 395 &396, Sompura Industrial Area
1st Stage, Dabaspet
Nelamangala 562132

Morrissey, Inc
9304 Bryant Ave South
Bloomington, MN 55420

MSC Industrial Supply Co.
PO Box 953635
St. Louis, MO 63195-3635


MSP Industries *
1500 N Belcher Rd
Clearwater, FL 33765


MT Consulting Services, LLC
16275 Collins Ave #2703
Sunny Isles, FL 33160


National Rivet & Manufacturing Co.
21 East Jefferson Street
PO Box 471
Waupun, WI 53963


National Shooting Sports Foundation, Inc
Dept. 3510
PO Box 4110
Woburn, MA 01888-4110


NSK Industries, Inc.
150 Ascot Pkwy
Cuyahoga Falls, OH 44223


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Oldenburg Metal Tech, Inc.
775 N. Progress Drive
Saukville, WI 53080


Oneida Molded Plastics LLC
104 South Warner St
Oneida, NY 13421


Optimim LLC
10085 SW Commererce Circle
Wilsonville, OR 97070

Outdoorsman Precision Manufacturing
120 Industrial Park Ln
Celina, TN 38551


Outerwild Manufacturing
551 Telser Rd
Lake Zurich, IL 60047


Oxford Commercial Finance
c/o Thomas E. Coughlin, Esq.
Taft Stettinius & Hollister LLP
27777 Franklin Rd, Ste 2500
Southfield, MI 48034


Pacific Tool and Guage
PO Box 2549
White City, OR 97503


Partech Manufacturing LLC
PO Box 364
South Elgin, IL 60177


PBTT Corp
Seana Stilwell
5622 Vann Rd.
Newburg, IN 47630


Pixai
7173 Dominica Drive
Naples, FL 34113


Plastimold Products, Inc.
250 N Congress Ave
Delray Beach, FL 33445


Pompano Distribution Center
Building ID: GSJ001
Po Box 6243
Hicksville, NY 11802


Precicast
R. João Honorato da Silveira, 920
Forquilhas, São José - SC, 88107-750
BRAZIL

Pro Ultrasonics
Dan Kentch
PO Box 999
Nebo, NC 28761


Process Technology
7010 Lindsay Drive
440-974-1300
Mentor, OH 44060


Prudent American
781 Enterprise Dr.
Lexington, KY 40510-1031


Rapid Precision Manufacturing, Inc
911 1/2 S Main Street
Britton, SD 57430


Real Avid
5480 Nathan Lane
Suite 120
Plymouth, MN 55442


Refund Retriever, LLC
PO BOX 31020
Houston, TX 77231


Regal Products LLC
687 Rowley Rd
PO Box 355
Victor, NY 14564


Remit To:
Consilio LLC
DEPT CH17174
Palatine, IL 60055-7174


Rifle Dynamics.
3855 E. Patrick Lane #130
Las Vegas, NV 89120


Rosco Manufacturing LLC
500 High Street
Central Fall, RI 28663

Royal Case Company
419 E. Lamar St.
Sherman, TX 75090


RS Products, LLC
PO Box 480545
New Haven, MI 48048


S P Manufacturing, LLC
2200 W 77th Street
Hialeah, FL 33016


Safety Kleen Systems, INC
P.O Box 975201
Dallas, TX 75397-5201


Saxon Business Systems
PO BOX 936688
Atlanta, GA 31193-6688


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Signicast
Drawer 825
Milwaukee, WI 53278-0825


Skyline Exhibit Craft
3900 Executive Way
Miramar, FL 33025


SOTA Manufacturing
124 NE 32nd Court
Ft. Lauderdale, FL 33334


Sports South LLC
101 Robert G. Harris Drive
Shreveport, LA 71115

Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638


STATE FARM INSURANCE
PO BOX 588002
North Metro, GA 33029


Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288


Steve Badino


SuOptics
6950 Aragon Circle Unit # 6
Buena Park, CA 90620


Sussex Injection Molding
N65W24770 Main Street
Sussex, WI 53089


Swissomation
254 Industrial Park Drive
PO Box 1079
Amherst, VA 24521


TA CNC Machine Repair
P.O. Box 2194
Davenport, FL 33836


Target Sports USA
30 Fieldstone Court
Cheshire, CT 06410


TCS Group Inc.
3922 Coral Ridge Drive
Coral Springs, FL 33065


The Evans Group
PO Box 3670
Knoxville, TN 37927

```
The Gourmet Coffee Co
999 NW 159th Dr
Miami, FL 33169


The Outdoor Wire Network
155 Litchfield Rd.
Edgartown, MA 02539


Thermal Braze Inc
231 Venus St
Jupiter, FL 33458


Trinity Forge Inc
PO Box 95372
Grapevine, TX 76099


TTB Excise Tax
P.O. Box 979055
St Louis, MO 63197-9000


Uline
PO Box 88741
Chicago, IL 60680-1741


Ultimak Inc
2216 South Main
Suite B2
Moscow, ID 83843


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


UPS
PO BOX 7247-0244
Philadelphia, PA 19170-0001


UPS Freight
PO Box 650116
Dallas, TX 75265-0116
```

```
US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Viridian Weapon Technologies
5475 Pioneer Creek Drive
Maple Plain, MN 55359


Waste Management
PO Box 4648
Carol, IL 60197-4648


Wells Fargo Bank, NA
Equipment & Vendor Finance
P. O. Box 77101
Minneapolis, MN 55480-7101


Worldwide Express
2323 Victory Ave
Ste #1600
Dallas, TX 75219


Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320


Xerox Financial Services
201 Merritt 7
Norwalk, CT 06856


YEAP LLC
3555 W 94th St
Hialeah, FL 33018
```