UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

RWC Group, LLC,                                              Case No. 24-14464-SMG

   Debtor.                                                        Chapter 11

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor in Possession, RWC Group, LLC (the "<u>Debtor</u>"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):** 5/6/2024

2. **Names, case numbers and dates of filing of related debtors:** N/A

3. **Description of debtor's business:** The Debtor is a gun manufacturer that operates under the name Kalashnikov USA.  It designs, manufactures and markets Kalashnikov styled firearms for law enforcement, military and commercial markets.  It is the sole manufacturer of Kalashnikov firearms in the United States.

4. **Locations of debtor's operations and whether the business premises are leased or owned:**

   3901 NE 12th Ave, Suite 400, Pompano Beach, FL 33064

5. **Reasons for filing chapter 11:**

   Initially, the Debtor was the exclusive distributor of Kalashnikov firearms, a popular, Russian made, style of rifle in the United States. In2014, the US placed the Russian manufacturer Kalashnikov on its sanctions list, thereby stopping the import of Russian manufactured Kalashnikov firearms.  The ban created an incredible demand for Kalashnikov rifles within the US.  In an attempt to monetize this enormous demand, the Debtor shifted its business model from distributing to designing and manufacturing. The company heavily invested in this transition which took significantly longer than expected and was exponentially more expensive than

initially budgeted. Ultimately, the Debtor converted its operations and revenue increased. However, between issues coming out of Covid and never getting over the hump of paying off the investment in converting its operations, over the past two years, the company has found itself in a terrible liquidity crunch. For the first time, it borrowed money from a hard money lender and it dramatically fell behind its timely payments to its vendors as well as its landlord. Ultimately, this bankruptcy was filed due to the imminent UCC sale that was scheduled to take place on Tuesday, May 6th, 2024 by the aforementioned lender, Oxford Bank.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

    - Michael Tiraturian (Manager)
        - Current salary of $200,000.00 per annum (this amount has been accrued over the past two years)

    - Peter Viskovatykh (Manager)
        - Current salary of $200,000.00 per annum (this amount has been accrued over the past two years)

7. **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:**

    2024 YTD    - $1.9m
    2023        - $11m

8. **Amounts owed to various creditors:**

    a. **Obligations owed to priority creditors including priority tax obligations:**

        Priority wage claimants: Approximately $18,000
        Priority tax claims: Approximately $1,500,000

    b. **With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:**

    The Debtor has three loans that each hold a blanket lien on its assets. Those loans total approximately $7,000,000.

    c. **Amount of unsecured claims:** Approximately $5 million owed to trade creditors and $25 million owed to insiders.

9. **General description and approximate value of the debtor's assets:**

Cash: $0

Receivables: $36,000

Inventory: $7,500,000 (Book value). Most of the Debtor's inventory consists of parts and raw materials, rather than finished products. The liquidation value of the inventory is <u>significantly lower</u> than book value because a hypothetical purchaser cannot assemble the parts into finished goods without certain intellectual property rights that the Debtor does not own.

Customer List: value unknown

URL/Software: value unknown

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:**

| Insurer | Type of Policy | Policy # | Extent of Coverage | Premium Current; Next Premium Due | Expiration Date of Policy |
|---|---|---|---|---|---|
| Admiral Insurance Co. | General Liability | CA000037179-05 | $2,000,000 | Yes; N/A | 1/11/25 |
| Lloyds of London | Product Recall General Liability | W2F53E230301 | $500,000 | Yes; N/A | 7/1/24 |
| Kinsale Insurance Co. | Umbrella | 010023606-0 | $3,000,000 | Yes; N/A | 4/5/25 |
| Golden Bear Insurance Co. | Umbrella | GBX16000146-01 | $5,000,000 | Yes; N/A | 1/11/25 |

| Scottsdale Insurance Co. | Property | CPS7924114 | $1,520,233 | Yes; N/A | 1/11/25 |
|---|---|---|---|---|---|
| Lloyds of London | Cargo | B0572MA247908 | $250,000/conveyance | Yes; N/A | 1/11/25 |
| Travelers | Boiler & Machinery | BME13W71545TIL24 | $2,455,000/breakdown | Yes; N/A | 1/11/25 |

11. **Number of employees and amounts of wages owed as of petition date:**

   0 as of the petition date.  This year, the Debtor had as many as 60.  It is the Debtor's intention to rehire a portion of these employees to restart operations.  Payroll was current as of the time of the employees' termination.

12. **Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

   Payroll is up to date.

13. **Anticipated emergency relief to be requested within 14 days from the petition date:**

   a)  Application to employ Shraiberg Page PA;
   b)  Cash Collateral; and
   c)  DIP Financing

   _/s/ Michael Tiraturian_
   Michael Tiraturian (May 6, 2024 16:53 EDT)
   Michael Tiraturian, Manager

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 6th day of May 2024.

> Respectfully submitted,
>
> SHRAIBERG PAGE, P.A.
> Attorneys for the Debtor
> 2385 NW Executive Center Drive, #300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> Email: bss@slp.law
>
> By:   /s/ Bradley S. Shraiberg
>         Bradley S. Shraiberg
>         Florida Bar No. 121622
>         Samuel W. Hess
>         Florida Bar No. 1044184