| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RWC Group, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 6, 2024**

X _Michael Tiraturian (May 6, 2024 10:46 PDT)_
Signature of individual signing on behalf of debtor

**Michael Tiraturian**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **RWC Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): **24-14464**

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3DEO<br>24225 Garnier St.<br>Torrance, CA 90505 | | | | | | $137,486.54 |
| ACI Industries, LLC (Saukville)<br>N30 W22377 Green Rd, Suite A<br>Waukesha, WI 53186, WI 53186 | | | | | | $124,363.60 |
| Armsan Shooting Authority<br>Dudullu OSB 1. Cadde No:32<br>Umraniye, ISTANBUL 34776 | | | | | | $171,380.00 |
| Bottom Line Concepts<br>3323 NE 163rd Street<br>Suite 302<br>North Miami Beach, FL 33160 | | | | | | $133,027.49 |
| CMC Triggers<br>5597 Oak Street<br>Fort Worth, TX 76140 | | | | | | $73,100.00 |
| Connecticut Spring & Stamping Corp<br>48 Spring Lane<br>Farmington, CT 06032 | | | | | | $245,481.12 |
| Creed Monarch Inc.<br>1 Pucci Park<br>New Britain, CT 06051 | | | | | | $239,234.82 |

Debtor **RWC Group, LLC**　　　　　　　　　　　　　　　　Case number *(if known)* **24-14464**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Federal Express**<br>PO Box 660481<br>Dallas, TX 75266-0481 | | | | | | $174,327.53 |
| **Golden Aim**<br>900 N. FEDERAL HWY<br>#304<br>Hallandale, FL 33009 | | | | | | $312,232.00 |
| **GP of Florida**<br>150 Sunny Isles Blvd<br>TH303<br>Sunny Isles Beach, FL 33160 | | | | | | $75,000.00 |
| **Green Mountain Rifle Barrel Co.**<br>PO Box 2670<br>Conway, NH, NH 03818 | | | | | | $67,825.84 |
| **Indo-US MIM Tec Pvt Ltd.**<br>Indo-MIM Tec Pvt Ltd.<br>#45 (p) KIADB Industrial Area<br>Hosakote 562114 | | | | | | $857,029.66 |
| **Lynar Corporation**<br>6837 Patterson Court<br>Allentown, PA 18106 | | | | | | $143,398.96 |
| **Morrissey, Inc**<br>9304 Bryant Ave South<br>Bloomington, MN 55420 | | | | | | $92,995.48 |
| **Oldenburg Metal Tech, Inc.**<br>775 N. Progress Drive<br>Saukville, WI 53080 | | | | | | $191,247.00 |
| **Oxford Commercial Finance**<br>c/o Thomas E. Coughlin, Esq.<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Rd, Ste 2500<br>Southfield, MI 48034 | | | | $1,800,000.00 | $0.00 | $1,800,000.00 |

Debtor **RWC Group, LLC**
Name

Case number *(if known)* **24-14464**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prudent American**<br>**781 Enterprise Dr.**<br>**Lexington, KY**<br>**40510-1031** | | | | | | $67,889.10 |
| **Signicast**<br>**Drawer 825**<br>**Milwaukee, WI**<br>**53278-0825** | | | | | | $135,311.32 |
| **The Evans Group**<br>**PO Box 3670**<br>**Knoxville, TN 37927** | | | | | | $190,769.23 |
| **TTB Excise Tax**<br>**P.O. Box 979055**<br>**St Louis, MO**<br>**63197-9000** | | | | | | $1,554,358.52 |