UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

RWC Group, LLC,	Case No. 24-14464-SMG

    Debtor.	Chapter 11

_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:
[ ] Plaintiff	[ ] Defendant
[**X**] Debtor	[ ] Other

Date of Hearing: May 17, 2024
Type of Hearing:

HEARING ON *EMERGENCY* MOTION FOR DIP FINANCING AND AUTHORITY TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND FOR FINAL HEARING [ECF NO. 16]

SUBMITTED BY:

    SHRAIBERG PAGE, P.A.
    Attorneys for Debtor
    2385 NW Executive Center Drive, Suite 300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email: bss@slp.law
    Email: shess@slp.law

    By: */s/ Bradley S. Shraiberg*
        Bradley S. Shraiberg, Esq.
        Florida Bar No.: 121622
        Sam W. Hess, Esq.
        Florida Bar No.: 1044184

{2522/000/00581067}

| Exhibit # | Description | Admitted/Refused | Not Introduced |
|---|---|---|---|
| 1 | Revised Budget | | |
| 2 | Term Sheet | | |

{2522/000/00581067}